UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| NEIL SEAN FAGAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-302 |
| | ) | |
| UNITED STATES ATTORNEY GENERAL, | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The United States Court of Appeals has transferred petitioner Neil Sean Fagan's appeal of the final decision of the Board of Immigration Appeals to this Court to resolve the "dispute of material fact as to Mr. Fagan's claim of citizenship." Doc. 1 at 2. The Court of Appeals has also instructed this Court to "seek to appoint or obtain counsel (including pro bono counsel) for Mr. Fagan before adjudicating the nationality issue." *Id.* at 2. To that end, the Court requires clarification of whether Fagan has already retained an attorney. Review of the Court of Appeals' docket in this case includes a Notice of Appearance by Linda Osberg-Braun, Esquire, filed on April 2, 2021. 20-10239, doc. 56 (11th Cir. April 2, 2021).

There is no indication that Ms. Osberg-Braun has moved to, or been granted leave to, withdraw. *See generally* 20-10239, docket.

Before the Court undertakes to find appointed counsel for Fagan, he or Ms. Osberg-Braun must clarify whether she will represent him before this Court. Accordingly, Fagan is **DIRECTED** to respond to this Order by no later than January 23, 2023 and state whether he requires court-appointed counsel in this proceeding. The Clerk is **DIRECTED** to send a copy of this Order to Ms. Osberg-Braun at 10800 Biscayne Boulevard, Suite 925, Miami, Florida 33161. To the extent that Ms. Osberg-Braun represents Fagan and wishes to respond to this Order prior to formally appearing in this proceeding or seeking leave to appear *pro hac vice*, the Clerk is **DIRECTED** to accept any response she files prior to January 23, 2023, and the Court will consider it.

**SO ORDERED**, this 22nd day of December, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA