IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

NEIL SEAN FAGAN,            )
                            )
    Petitioner,             )
                            )
v.                          )    CASE NO. CV422-302
                            )
U.S. ATTORNEY GENERAL,      )
                            )
    Respondent.             )
_____)

## O R D E R

Before the Court is the Eleventh Circuit's Order granting Petitioner's Motion to Amend Venue and Transfer Matter to the U.S. District Court for the Southern District of Florida. (Doc. 3.) Accordingly, the Clerk of Court is **DIRECTED** to transfer this case to the United States District Court for the Southern District of Florida for all further proceedings, and upon transfer, to close this case.

SO ORDERED this 9th day of January 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA